446 A.2d 708

O'Rourke v. Hickman, Appellant.
Petition for Allowance of Appeal Denied Nov. 5, 1982.

Argued February 8, 1982. Jerome Hahn, for appellant; Frank C. Carroll, for appellees.

Before BROSKY, CIRILLO and POPOVICH, JJ.

Order affirmed.

POPOVICH, J., concurred in the result.

446 A.2d 708

Post, etc. v. Post, Jr., Appellant.

Submitted May 21, 1981. George O. Sewall, for appellant; Stewart B. Barmen, for appellees.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Order affirmed.